**8**

UNITED STATES, Plaintiff in Error, v. NATIONAL EXCHANGE BANK OF BALTIMORE, MARYLAND, a Corporation, Defendant in Error. (Circuit Court of Appeals,

Fourth Circuit. December 1, 1924.) No. 2203. In Error to the District Court of the United States for the District of Maryland, at Baltimore. Judgment of District Court affirmed. 1 F.(2d) 888.

PER CURIAM. Order allowing writ of error from Supreme Court filed.